1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Transwestern Pipeline Company, LLC, a Delaware limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>4.1 acres, more or less, of permanent easement located in Maricopa County; et al.,<br><br>        Defendants. | No. CV-07-2301-PHX-LOA<br><br>**ORDER** |

This is the time set for expedited telephonic conference. Plaintiff is represented telephonically by counsel, John C. Lemaster. Defendants are represented telephonically by counsel, Dale S. Zeitlin. Court reporter is not present.

Having receiving nothing from counsel towards compliance with the Court's June 9, 2008 order in advance of tomorrow's Rule 16 scheduling conference, the Court called counsel to obtain a status of the case. Counsel advise that the parties have reached a tentative stipulation and agreement regarding immediate possession of the subject properties but additional time is needed to finalize the complicated paperwork. Counsel also inform the Court that the parties have had discussions regarding mediation of the case but no agreement has been finalized at this time. Counsel request resetting the Rule 16 conference in light of the parties likely resolution of the immediate possession issue and to allow additional time to finalize its stipulation and paperwork.

1  Counsel are hereby advised that settlement negotiations do not constitute good
2  cause to reset a Rule 16 scheduling conference, deadlines set therein or, absent a prior court
3  approval, counsels' obligations to comply with court orders. If adverse counsel is failing to
4  cooperate with preparing a proposed Joint Case Management Report, counsel shall timely
5  file his client's proposed Case Management Report as ordered and sanctions may be imposed
6  on the non-cooperating party or attorney.

7  Pursuant to stipulation and good cause appearing,

8  **IT IS ORDERED vacating** the July 15, 2008 Rule 16 scheduling conference
9  and resetting it for **Thursday, August 14, 2008 at 2:00 p.m.** Counsel shall file their
10  proposed Joint Case Management Report, in full compliance with the June 9, 2008 order,
11  on or before **Monday, August 11, 2008**. Except for the new dates for the scheduling
12  conference and the filing of the proposed Joint Case Management Report, all other orders
13  in the June 9, 2008 Order are hereby **AFFIRMED**.

14  DATED this 14th day of July, 2008.

*(signature)*
Lawrence O. Anderson
United States Magistrate Judge

- 2 -