**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Transwestern Pipeline Company, LLC, a Delaware limited liability company, <br><br>           Plaintiff, <br><br> vs. <br><br> 4.1 acres, more or less, of permanent easement located in Maricopa County; et al., <br><br>           Defendants. | No. CV-07-2301-PHX-LOA <br><br> **ORDER** |

Having reviewed the parties' Stipulation and Joint Motion for Expedited Order Allowing Plaintiff Transwestern Pipeline Company, LLC Immediate Entry and Use of Defendants' Property, docket # 72, it is rejected for the following reasons: (1) the document submitted for the Court's review exceeds the 17-page limitation mandated by LRCiv 7.2(e); (2) the document uses the incorrect case number,[1] contrary to the Court's order of June 9, 2008; and (3) although not expressly prohibited by LRCiv 7.1(b)(2) or (3), the proposed order inappropriately incorporates by reference the terms of the parties' detailed stipulations

---

[1] It is noted per page 19, a copy of the document was delivered to the wrong Magistrate Judge.

1  rather than the following the better practice of setting forth the parties' detailed agreements
2  and stipulations in the proposed order itself.[2]  See, e.g., LRCiv 15.1.
3        Accordingly,
4        **IT IS ORDERED** that the parties' Stipulation and Joint Motion for Expedited
5  Order Allowing Plaintiff Transwestern Pipeline Company, LLC Immediate Entry and Use
6  of Defendants' Property, docket # 72, is hereby **STRICKEN** without prejudice to refiling
7  it after the noted corrective actions set forth herein are taken.
8        DATED this 16th day of July, 2008.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge

---

[2] The Court questions why it is even necessary to set forth the details in an order itself unless the parties contemplate a contempt action for any wilful violation of their stipulations.

- 2 -