**WO**

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Transwestern Pipeline Company, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>4.1 acres, more or less, of permanent easement located in Maricopa County; 6.22 acres, more or less, of temporary construction easement located in Maricopa County; Vistancia, LLC, a Delaware limited liability company; RFC Construction Funding, LLC, a Delaware limited liability company, f/k/a RFC Construction Funding Corp.; Residential Funding Company, LLC, a, Delaware limited liability company f/k/a Residential Funding Corporation; BFA Liquidation Trust, an Arizona trust; Vistancia Communications, LLC, an Arizona limited liability company; and Unknown Owners,<br><br>Defendants. | Case No. CV-07-2301-PHX-LOA<br><br>**ORDER** |

The Court having considered the Stipulation and Joint Motion for Expedited Order Allowing Plaintiff Transwestern Pipeline Company, LLC Immediate Entry and Use of Defendant's Property (the "Stipulation") and good cause appearing,

**IT IS HEREBY ORDERED** accepting and approving the specific terms and conditions of Transwestern's right of entry, possession, and use of the Subject Property and as set forth in the Stipulation filed herein on July 18, 2008. (docket #76)

998471.1

7/18/08

1   **IT IS FURTHER ORDERED** affirming the August 14, 2008 Rule 16
2   Scheduling Conference as set forth in the Court's July 16, 2008 Order.  (docket #73)
3   DATED this 22nd day of July, 2008.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge