**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Transwestern Pipeline Company, LLC, a) Delaware limited liability company, ) <br> )<br>                    Plaintiff, )<br> )<br> vs. )<br> )<br> )<br> 4.1 acres, more or less, of permanent) easement located in Maricopa County; et) al., )<br> )<br>                    Defendants. )<br> )<br>_____) | No. CV-07-2301-PHX-LOA <br><br> **ORDER** |

This is the time set for the Rule 16(b), FED.R.CIV.P., scheduling conference. Plaintiff is represented by counsel, John C. Lemaster and Kara A. Ricupero. Defendant Vistancia is represented by counsel, Dale S. Zeitlin. Court reporter is not present.

After the Court's disclosure to counsel, this Magistrate Judge voluntarily recuses from this case.

**IT IS ORDERED** that this matter is hereby randomly reassigned to another magistrate judge in the District of Arizona.

**IT IS FURTHER ORDERED** that this matter has been reassigned to the Honorable Mark E. Aspey. All future pleadings and documents filed in this case shall bear the following complete case number:  CV-07-2301-PHX-MEA.

1     **IT IS FURTHER ORDERED** that today's scheduling conference is hereby

2  **VACATED**.

3     DATED this 14th day of August, 2008.

4

5

6  _____

7     Lawrence O. Anderson
    United States Magistrate Judge